IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI
(SPRINGFIELD)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Michael Thomas Milliman ) | Case No. 23-60322-btf7 |
| Plaintiffs, ) | |
| ) | |

## TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT AND OPPORTUNITY FOR HEARING

**COMES NOW**, Norman E. Rouse, as Trustee in these bankruptcy proceedings ("Trustee"), through his attorney of record Norman E. Rouse, and files this notice of his Motion for Order Approving Settlement Agreement ("the Motion"). The Trustee proposes to settle the claims against Stinson LLP, for turnover of attorney's fees.

1. The debtor, Michael Thomas Milliman, filed for relief under the chapter 7 bankruptcy court on June 13, 2023.

2. The undersigned Norman E. Rouse was appointed as Trustee on June 13, 2023.

3. At the time the bankruptcy petition was filed Michael Milliman ("Milliman") was incarcerated in a Federal Penitentiary.

4. Milliman had executed a Power of Attorney authorizing Kathleen A. Kinchelow to execute documents in these bankruptcy proceedings.

5. Prior to filing bankruptcy, the debtor through Ms. Kinchelow paid to Stinson LLP; hereinafter referred to as ("Stinson") the sum of $20,000.00 as a flat fee for litigating a Compassionate Release from the Penitentiary for Milliman, who was ill. It was the understanding of Milliman and his attorney, Mr. Robert E. Eggman, that of the $20,000.00 payment, $5,000.00 would be applied to representation previously earned and that the balance of approximately $15,000.00 would be a fixed fee for representation in the Compassionate Release of Milliman.

6. The Trustee took the position that even though the payment of approximately $15,000.00 may have been for a flat fee, that flat fee was not earned on the date the bankruptcy petition was filed and therefore was an asset of the debtor. Stinson disputes that and asserts that the flat fee was earned upon receipt prior to the filing of this case.

1

7. In addition to representing Milliman in obtaining a Compassionate Release from the Federal Penitentiary, Stinson had also been engaged in other matters by the debtor including defense of a lawsuit filed in Federal court in the Western District of Missouri. That matter resulted in post-petition fees and expenses by Stinson in the aggregate amount of $5,702.10.

8. In fact, Milliman paid to Stinson, on December 22, 2023, an additional payment of $13,234.30 from non-estate funds for additional fees in obtaining the Compassionate Release of Milliman. After Trustee asserted the position in paragraph 6, Stinson ultimately determined that it mistakenly charged for the Compassionate Release contrary to the flat fee arrangement, and applied that recalculated all of the amounts owed to Stinson for both the matters referenced in paragraphs 6 and 7, resulting in Stinson proposing that Trustee recover nothing and Stinson refund Milliman $4,235.30.

9. Trustee continued to assert that the $15,000 flat fee was not earned on the date the bankruptcy petition was filed and, Stinson has agreed to pay to the Trustee a lump sum, in the amount of, $7,500.00 as a full and final compromise and settlement of this matter and any other fees owed by Milliman.

10. Subject to the Court's approval, after notice and opportunity for hearing in accordance with Bankruptcy Code § 102(1) and Bankruptcy Rules 2002(a)(3) and 9019(a), it is respectfully suggested that the Court's approval of the settlement will serve the best interest of the estate because the Trustee deems the settlement to be equitable and in the best interest of the estate based upon documentary evidence of defenses, probability of success, difficulty in collection, complexity of the case, expense in prosecution, delay in closing the case and the interest of creditors.

WHEREFORE, the Trustee prays this Court enter an Order approving the settlement agreement in the amount of $7,500.00, being paid to the Trustee, Norman E. Rouse for the benefit of the bankruptcy estate and for such other and further relief as the Court deems just and proper.

COLLINS, WEBSTER AND ROUSE, P.C.

/s/ Norman E. Rouse
Norman E. Rouse, MO. Bar #27439
5957 E. 20th Street
Joplin, Missouri 64801
(417) 782-2222
TRUSTEE FOR DEBTOR
twelch@cwrcave.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below, if any, who have requested notice but are not participating in the ECF System, on the date entered on the court's docket: all parties on the mailing matrix

/s/ Norman E. Rouse
NORMAN E. ROUSE, Mo. Bar #27439

3