**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

In re: MICHAEL THOMAS MILLIMAN § Case No. 23-60322
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Norman Rouse, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $589,580.51 | Assets Exempt: | $592,960.51 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $37,721.64 | Claims Discharged Without Payment: | $2,513,693.28 |
| Total Expenses of Administration: | $12,382.31 | | |

    3) Total gross receipts of $50,103.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $50,103.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $12,318.92 | $12,382.31 | $12,382.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,414.92 | $1,414.92 | $1,414.92 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,350,000.00 | $1,200,000.00 | $1,200,000.00 | $36,306.72 |
| **TOTAL DISBURSEMENTS** | $1,350,000.00 | $1,213,733.84 | $1,213,797.23 | $50,103.95 |

4) This case was originally filed under chapter 7 on 06/13/2023.  The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2025           By: /s/ Norman Rouse
                                Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2016 Jeep Cherokee, 60000 miles | 1129-000 | $6,000.00 |
| Deposits of money: Checking Account: Mid Missouri BAnk | 1129-000 | $6,558.39 |
| Deposits of money: Checking Account: Wescom Credit Union | 1129-000 | $14,912.92 |
| Deposits of money: Savings Account: Mid Missouri Bank | 1129-000 | $3,115.09 |
| Deposits of money: Savings Account: Wescom Credit Union | 1129-000 | $10,341.39 |
| Legal Fees: Fee Deposit for legal services.- Stinson LLP | 1129-000 | $7,500.00 |
| 2022 Federal Tax refund | 1224-000 | $1,555.16 |
| 2022 State Tax Refund | 1224-000 | $121.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,103.95** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Norman Rouse | 2100-000 | NA | $5,755.20 | $5,755.20 | $5,755.20 |
| Trustee, Expenses - Norman Rouse | 2200-000 | NA | $449.42 | $449.42 | $449.42 |
| Attorney for Trustee Fees - Norman E. Rouse | 3110-000 | NA | $4,675.75 | $4,675.75 | $4,675.75 |
| Attorney for Trustee, Expenses - Norman Rouse | 3120-000 | NA | $86.10 | $86.10 | $86.10 |
| Bond Payments - Norman Rouse | 2300-000 | NA | $0.00 | $63.39 | $63.39 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $1,352.45 | $1,352.45 | $1,352.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$12,318.92** | **$12,382.31** | **$12,382.31** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $0.00 | $1,414.92 | $1,414.92 | $1,414.92 |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Missouri Department of Revenue | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$1,414.92** | **$1,414.92** | **$1,414.92** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Fiona LNU | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $4,538.34 |
| 3 | Jenny LNU | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $4,538.34 |
| 4 | Solomon LNU | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $4,538.34 |
| 5 | William L.E. Dussault as Guardian Ad Liten For Violet | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $4,538.34 |
| 6 | Sarah LNU | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $4,538.34 |
| 7 | Lily LNU | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $4,538.34 |
| 8 | Jane Roe as Next of Friend for PIA | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $4,538.34 |
| 9 | Henley LNU | 7100-000 | $0.00 | $150,000.00 | $150,000.00 | $4,538.34 |
| N/F | Fiona LNU | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Henley LNU | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Jenny LNU | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Lily LNU | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Pia LNU | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Sarah LNU | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Sierra LNU | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Solomon LNU | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Violet LNU | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Visa | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | |
|---|---:|---:|---:|---:|
| **TOTAL GENERAL UNSECURED CLAIMS** | $1,350,000.00 | $1,200,000.00 | $1,200,000.00 | $36,306.72 |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 23-60322 | | Trustee Name: | (450240) Norman Rouse |
|---|---|---|---|---|
| Case Name: | MICHAEL THOMAS MILLIMAN | | Date Filed (f) or Converted (c): | 06/13/2023 (f) |
| | | | § 341(a) Meeting Date: | 07/28/2023 |
| For Period Ending: | 08/26/2025 | | Claims Bar Date: | 09/28/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2016 Jeep Cherokee, 60000 miles<br>The debtor vehicles needs some repairs done of around $3,194.00. The trustee took this into consideration when reaching an agreement on the equity buyout. - Order # 53 Transfers equity in the vehicle to debtor | 13,340.00 | 7,000.00 | | 6,000.00 | FA |
| 2 | Electronics: TV | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Wearing Apparel | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Deposits of money: Checking Account: Wescom Credit Union | 15,032.92 | 14,912.92 | | 14,912.92 | FA |
| 5 | Deposits of money: Checking Account: Mid Missouri BAnk | 6,944.30 | 6,558.39 | | 6,558.39 | FA |
| 6 | Deposits of money: Savings Account: Wescom Credit Union | 10,461.39 | 10,221.39 | | 10,341.39 | FA |
| 7 | Deposits of money: Savings Account: Mid Missouri Bank | 3,235.09 | 3,115.09 | | 3,115.09 | FA |
| 8 | Ret. or Pension Acct.: Retirement: Merrill Lynch | 329,302.03 | 0.00 | | 0.00 | FA |
| 9 | Ret. or Pension Acct.: Retirement: AT&T Retirement Savings Plan Fidelity Investments | 234,817.33 | 0.00 | | 0.00 | FA |
| 10 | Ret. or Pension Acct.: Retirement: Wells Fargo Roth IRA | 24,561.15 | 0.00 | | 0.00 | FA |
| 11 | Legal Fees: Fee Deposit for legal services.- Stinson LLP | 20,000.00 | 7,500.00 | | 7,500.00 | FA |
| 12 | 2022 State Tax Refund  (u) | 0.00 | 121.00 | | 121.00 | FA |
| 13 | 2022 Federal Tax refund  (u) | 0.00 | 1,555.16 | | 1,555.16 | FA |
| **13** | **Assets Totals (Excluding unknown values)** | **$658,594.21** | **$51,083.95** | | **$50,103.95** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 23-60322  
**Case Name:** MICHAEL THOMAS MILLIMAN  
**For Period Ending:** 08/26/2025

**Trustee Name:** (450240) Norman Rouse  
**Date Filed (f) or Converted (c):** 06/13/2023 (f)  
**§ 341(a) Meeting Date:** 07/28/2023  
**Claims Bar Date:** 09/28/2023

**Major Activities Affecting Case Closing:**

06/27/2023 - Received the funds in the debtor bank accounts  
06/27/2023 - Hire CWR  
08/14/2023 - 2016 Jeep - need  
08/22/2023 - Motion to turnover the 2016 Jeep Cherokee  
09/11/2023 - Received the debtor 2023 state tax refund  
10/09/2023 - Email to Robert Eggman on the equity buyout of the 2016 Jeep Cherokee - offer to buyout the for $6,800  
10/16/2023 - Notice to transfer equity in the 2016 Jeep Cherokee for $6,000  
11/08/2023 -  Received the funds from the transfer of equity in the Jeep  
11/13/2023 Order# 53 - The Transfer of Equity by Trustee to Debtor, Michael Thomas Milliman regarding the 2016 Jeep Cherokee is hereby GRANTED  
04/03/2024 -  Trustee had phone conference with Paul Hoffmann and Sherri Wattenberger on attorney fees received prior to the filing of the case - reached a settlement for $7,500.00  
05/16/2024 - Filed the Motion and Notice for settlement with Stinson  
06/13/2024 - Debtor died on 06/11/2024  
06/26/2024 - Received settlement funds from Stinson LLP - Order # 61 - The Motion for a Settlement Agreement between Trustee and Stinson LLP regarding attorney fees is hereby GRANTED.  
07/16/2024 - Preparation of the application to pay CWR attorney fees and expenses  
08/09/2024 - Order #67 The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $4,675.75, Expenses awarded: $86.10  
03/14/2025 - Review of claims  
03/14/2025 Worked up the TFR  
03/31/2025 Filed the NFR with the court - waiting on TFR Order to cut checks  
05/01/2025 Received Order on TFR cut checks on TFR  
08/26/2025 TDR sent to UST

**Initial Projected Date Of Final Report (TFR):** 04/09/2025  
**Current Projected Date Of Final Report (TFR):** 03/14/2025 (Actual)

08/26/2025  
Date

/s/Norman Rouse  
Norman Rouse

UST Form 101-7-TDR ( 10 /1/2010)

| Form 2 | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| **Cash Receipts And Disbursements Record** | | | | | | Page: 1 |

| Case No.: | 23-60322 | Trustee Name: | Norman Rouse (450240) |
|---|---|---|---|
| Case Name: | MICHAEL THOMAS MILLIMAN | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1923 | Account #: | ******6668 Checking |
| For Period Ending: | 08/26/2025 | Blanket Bond (per case limit): | $14,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/27/23 | | Michael Milliman | payment on funds in bank accounts at the time of filing | | 34,927.79 | | 34,927.79 |
| | {7} | | Funds in Savings Account - Mid Missouri Bank  $3,115.09 | 1129-000 | | | |
| | {6} | | Funds in the Savings Account Wescom Credit Union  $10,341.39 | 1129-000 | | | |
| | {4} | | Funds int eh Checking Account Wescom Credit Union  $14,912.92 | 1129-000 | | | |
| | {5} | | Funds in Checking Account - Mid Missouri Bank  $6,558.39 | 1129-000 | | | |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.59 | 34,922.20 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 54.10 | 34,868.10 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 61.47 | 34,806.63 |
| 09/11/23 | {12} | Treasurer of the State of Missouri | 2022 Missouri State Refund | 1224-000 | 121.00 | | 34,927.63 |
| 09/22/23 | 101 | Norman Rouse | 2023-2024 Chapter 7 Bond | 2300-000 | | 25.02 | 34,902.61 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 54.04 | 34,848.57 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 59.58 | 34,788.99 |
| 11/08/23 | {1} | Michael Milliman | Order# 53 - The Transfer of Equity by Trustee to Debtor, Michael Thomas Milliman regarding the 2016 Jeep Cherokee is hereby GRANTED | 1129-000 | 6,000.00 | | 40,788.99 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.80 | 40,726.19 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 63.09 | 40,663.10 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 71.50 | 40,591.60 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.71 | 40,528.89 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 62.61 | 40,466.28 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 68.98 | 40,397.30 |
| 05/02/24 | {13} | United State Treasury | 2022 Tax refund | 1224-000 | 1,555.16 | | 41,952.46 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 69.12 | 41,883.34 |
| 06/26/24 | {11} | Stinson LLP | Order # 61 - The Motion for a Settlement Agreement between Trustee and Stinson LLP regarding attorney fees is hereby GRANTED. | 1129-000 | 7,500.00 | | 49,383.34 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 63.27 | 49,320.07 |

Page Subtotals:    $50,103.95    $783.88

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)           ! - transaction has not been cleared

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 23-60322 | Trustee Name: | Norman Rouse (450240) |
|---|---|---|---|
| Case Name: | MICHAEL THOMAS MILLIMAN | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1923 | Account #: | ******6668 Checking |
| For Period Ending: | 08/26/2025 | Blanket Bond (per case limit): | $14,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 86.71 | 49,233.36 |
| 08/09/24 | 102 | Norman E. Rouse | Order #67 The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $4,675.75, Expenses awarded: $86.10 | | | 4,761.85 | 44,471.51 |
| | | Norman E. Rouse | Order #67 The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $4,675.75, Expenses awarded: $86.10    $4,675.75 | 3110-000 | | | |
| | | Norman Rouse | Order #67 The Application for Compensation is hereby Granted for Collins Webster & Rouse PC, Trustee's Attorney, Fees awarded: $4,675.75, Expenses awarded: $86.10    $86.10 | 3120-000 | | | |
| 08/20/24 | 103 | Norman Rouse | Chapter 7 Bond Premium 08/01/24-08/01/25 | 2300-000 | | 38.37 | 44,433.14 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 78.17 | 44,354.97 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 68.52 | 44,286.45 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 77.87 | 44,208.58 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 65.94 | 44,142.64 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 77.61 | 44,065.03 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 72.97 | 43,992.06 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 65.80 | 43,926.26 |
| 05/01/25 | 104 | Norman Rouse | Combined trustee compensation & expense dividend payments. | | | 6,204.62 | 37,721.64 |
| | | Norman Rouse | Claims Distribution - Fri, 03-14-2025    $5,755.20 | 2100-000 | | | |
| | | Norman Rouse | Claims Distribution - Fri, 03-14-2025    $449.42 | 2200-000 | | | |
| 05/01/25 | 105 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $1,414.92; Claim # 1; Filed: $1,414.92 | 5800-000 | | 1,414.92 | 36,306.72 |
| 05/01/25 | 106 | Fiona LNU | Distribution payment - Dividend paid at 3.03% of $150,000.00; Claim # 2; Filed: $150,000.00 | 7100-000 | | 4,538.34 | 31,768.38 |
| 05/01/25 | 107 | Jenny LNU | Distribution payment - Dividend paid at 3.03% of $150,000.00; Claim # 3; Filed: $150,000.00 | 7100-000 | | 4,538.34 | 27,230.04 |
| 05/01/25 | 108 | Solomon LNU | Distribution payment - Dividend paid at 3.03% of $150,000.00; Claim # 4; Filed: $150,000.00 | 7100-000 | | 4,538.34 | 22,691.70 |
| | | | Page Subtotals: | | $0.00 | $26,628.37 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | | |
|---|---|---|
| **Case No.:** 23-60322 | **Trustee Name:** | Norman Rouse (450240) |
| **Case Name:** MICHAEL THOMAS MILLIMAN | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** **-***1923 | **Account #:** | ******6668 Checking |
| **For Period Ending:** 08/26/2025 | **Blanket Bond (per case limit):** | $14,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/01/25 | 109 | William L.E. Dussault as Guardian Ad Liten For Violet | Distribution payment - Dividend paid at 3.03% of $150,000.00; Claim # 5; Filed: $150,000.00 | 7100-000 | | 4,538.34 | 18,153.36 |
| 05/01/25 | 110 | Sarah LNU | Distribution payment - Dividend paid at 3.03% of $150,000.00; Claim # 6; Filed: $150,000.00 | 7100-000 | | 4,538.34 | 13,615.02 |
| 05/01/25 | 111 | Lily LNU | Distribution payment - Dividend paid at 3.03% of $150,000.00; Claim # 7; Filed: $150,000.00 | 7100-000 | | 4,538.34 | 9,076.68 |
| 05/01/25 | 112 | Jane Roe as Next of Friend for PIA | Distribution payment - Dividend paid at 3.03% of $150,000.00; Claim # 8; Filed: $150,000.00 | 7100-000 | | 4,538.34 | 4,538.34 |
| 05/01/25 | 113 | Henley LNU | Distribution payment - Dividend paid at 3.03% of $150,000.00; Claim # 9; Filed: $150,000.00 | 7100-000 | | 4,538.34 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 50,103.95 | 50,103.95 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 50,103.95 | 50,103.95 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$50,103.95** | **$50,103.95** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-60322 | **Trustee Name:** | Norman Rouse (450240) |
| **Case Name:** | MICHAEL THOMAS MILLIMAN | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***1923 | **Account #:** | ******6668 Checking |
| **For Period Ending:** | 08/26/2025 | **Blanket Bond (per case limit):** | $14,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $50,103.95 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $50,103.95 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6668 Checking | $50,103.95 | $50,103.95 | $0.00 |
| | **$50,103.95** | **$50,103.95** | **$0.00** |

08/26/2025
Date

/s/Norman Rouse
Norman Rouse

UST Form 101-7-TDR (10 /1/2010)